■ SAMANTHA J. DEAN, Appellant, v THOMAS M. DEAN, Respondent.— Order unanimously affirmed, without costs, without prejudice to the right of either party to move to modify the judgment to provide for custody of the children (see *Braiman v Braiman,* 44 NY2d 584). (Appeal from order of Erie Supreme Court—custody—visitation.) Present—Moule, J. P., Cardamone, Simons, Schnepp and Witmer, JJ.

■ HAROLD ROBINSON, Respondent-Appellant, v HELEN J. BARTRON, as Steuben County Treasurer and Administratrix of the Estate of ROBERT K. PERRY, Deceased, Appellant-Respondent. (Appeal No. 1.)—Judgment as modified by order of July 6, 1976 unanimously affirmed, without costs. (Appeal from judgment of Steuben Supreme Court—negligence.) Present—Moule, J. P., Cardamone, Simons, Schnepp and Witmer, JJ.